IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01211-DDD

**BRIAN BLY**,

    Plaintiff,

v.

**GRAND PEAK ACADEMY**,

    Defendant.

---

**DEFENDANT'S *UNOPPOSED* MOTION TO
RESTRICT PUBLIC ACCESS TO FILED DOCUMENTS**

---

Defendant respectfully submits the following *Unopposed* Motion to Restrict Public Access pursuant to D.C.COLO.L.Civ.R. 7.2, and in support thereof state as follows:

1. Defendant's counsel has conferred with counsel for Plaintiff per D.C.COLO.L.Civ.R. 7.1 (a). The motion is unopposed.

2. A Stipulated Protective Order was entered in this case on September 8, 2021 to protect against the dissemination of confidential information, including documents disclosed pursuant to disclosures.

3. Defendant's Reply to Response to Motion for Summary Judgment [DOC 32], including Exhibit A-1 [DOC 32-1], (collectively, the "Filed Documents"), contains references to sensitive mental health records of Plaintiff that were disclosed by Plaintiff in this matter.

4. The Filed Documents are replete with specific and non-specific references to the Plaintiff's mental health, such that the level of redaction necessary to protect against disclosure

would render the reply brief and exhibit unintelligible. Consistent with the protections previously established in this action, and the Level 1 restriction applied to Defendant's previously filed Motion for Summary Judgment [DOC 24], the Filed Documents should have Level 1 restriction.

5. Defendant inadvertently filed DOC 32 and the supporting exhibit without restrictions, then immediately contacted the filing clerk to mark the filing as restricted.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests the Court grant its *Unopposed* Motion and Order that Level 1 restrictions be applied to the Filed Documents as requested herein.

Respectfully submitted this 27th day of May, 2022.

SPARKS WILLSON, P.C.

*s/Jessica L. Kyle*
Jessica L. Kyle, CO Bar #29293
Eric V. Hall, CO Bar #32028
24 South Weber Street, Suite 400
Colorado Springs, CO 80903
Ph: 719-634-5700
Fax: 719-633-8477
Email: jlk@sparkswillson.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 27th day of May, 2022, addressed to:

Andrew C. Quisenberry
Bachus & Schanker, LLC
101 West Colfax Ave., Suite 650
Denver, Colorado 80202
Andrew.quisenberry@coloradolaw.net
*Attorneys for Plaintiff*

By:  s/ *Jessica L. Kyle*
     Jessica L. Kyle